IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 12-cv-01263-JLK**
Criminal Action **No. 10-cr-00225-JLK**

**UNITED STATES OF AMERICA**,

    Plaintiff/Respondent

v.

**MARCUS SLETTEN**,

    Defendant/Movant.

## ORDER

Kane, J.

Upon preliminary consideration of Defendant/Movant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Doc. #76), it is now

ORDERED that the United States Attorney shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings on or before June 15, 2012.

Dated: May 21, 2012                              BY THE COURT:

                                                                         **/s/ John L. Kane**
                                                                         Senior U.S. District Court Judge