IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00225-JLK
Civil Case No. 12-cv-01263-JLK

UNITED STATES OF AMERICA,

    Plaintiff- Respondent,

v.

MARCUS SLETTEN,

    Defendant-Movant.

---

## JUDGMENT
---

Pursuant to and in accordance with the Memorandum Opinion and Order entered July 31, 2012 by U.S. District Judge John L. Kane, the following Judgment is hereby entered:

1. The Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (doc. 76), filed on May 14, 2012, is DENIED.

2. That the civil action is dismissed with prejudice.

Dated at Denver, Colorado this ___31st___ day of July, 2012.

                              FOR THE COURT:

                              GREGORY C. LANGHAM, CLERK

                              By: _s/ Edward P. Butler_
                                  Edward P. Butler, Deputy Clerk